# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ramos, Nelva G. | U.S. District Court, Texas | 05/16/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1133 North Shoreline Blvd.
Corpus Christi, Texas 78401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Nueces County Juvenile Board |
| 2. | Board Member | Nueces County Purchasing Board |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | State of Texas Judicial Retirement Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 1/11-8/11 | State of Texas - Salary | $75,000.00 |
| 2. | 1/11-8/11 | Nueces County - Salary | $9,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Onyx Engineering - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/16/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Kleberg National Bank | Note on Jim Hogg County property | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank - Accounts, CD | A | Interest | J | T | | | | | |
| 2. First National Bank - Accounts | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market | A | Dividend | K | T | | | | | |
| 4. Cleveland OH Arpt Sys A Rev | A | Interest | J | T | | | | | |
| 5. Franklin Fed Tax-Free Income A | B | Dividend | K | T | | | | | |
| 6. FT Bld Amer Bds 10-20 Yr #11 | B | Interest | K | T | | | | | |
| 7. Vanguard Wellington | A | Dividend | K | T | | | | | |
| 8. Davis New York Venture Fund | A | Dividend | K | T | | | | | |
| 9. Vanguard Instl Index Fund | A | Dividend | K | T | | | | | |
| 10. Fidelity Diversified Intl Fund | A | Dividend | K | T | | | | | |
| 11. Texas Municipal Retirement System | A | Interest | J | T | | | | | |
| 12. Texas County & District Retirement System | | None | J | T | | | | | |
| 13. BR MOD 6-9 Age-Based Option-A | A | Dividend | J | T | | | | | |
| 14. BR MOD 6-9 Age Based Option-B | A | Dividend | J | T | | | | | |
| 15. Loomis Sayles Bond Ret Opt | A | Dividend | J | T | | | | | |
| 16. American Funds Fundamental Inv Inv Opt | A | Dividend | J | T | | | | | |
| 17. American Funds Grth Fund of Amer Inv Opt | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/16/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Global Ret Opt | | None | J | T | | | | | |
| 19. Oppenheimer Sm & Mid Cap Val Fd N | A | Dividend | J | T | | | | | |
| 20. Oppenheimer Value Fund N | A | Dividend | J | T | | | | | |
| 21. Oppenheimer Equity N | A | Dividend | J | T | | | | | |
| 22. FIA Card Services NA RASP | A | Dividend | J | T | | | | | |
| 23. Altria Group Inc | | None | | | Sold | 12/30/11 | J | A | |
| 24. Apple, Inc. | | None | J | T | | | | | |
| 25. Cliff's Natural Resources | A | Dividend | | | Sold | 10/26/11 | J | A | |
| 26. Forest Oil Corp New | | None | | | Sold | 5/24/11 | J | A | |
| 27. Halliburton Company | A | Dividend | | | Sold | 10/4/11 | J | A | |
| 28. JP Morgan Chase & Co | A | Dividend | | | Sold | 7/15/11 | J | A | |
| 29. Sandisk Corp, Inc. | | None | | | Sold | 12/22/11 | J | A | |
| 30. Terex Corp Del New Com | | None | | | Sold | 10/4/11 | J | A | |
| 31. Unitedhealth Group Inc | A | Dividend | | | Sold | 12/22/11 | J | A | |
| 32. Ishares IBOXX$ | A | Dividend | J | T | | | | | |
| 33. Ishares Barclys Tips BO | A | Dividend | J | T | | | | | |
| 34. Ishares IBOXX$ High Yiel | A | Dividend | | | Sold | 12/28/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares Gold TR | A | Dividend | J | T | | | | | |
| 36. S & P US PFD Stk Index FD | A | Dividend | | | Sold | 12/22/11 | J | A | |
| 37. United Contl Hldgs Inc. | | None | | | Sold | 1/24/11 | J | A | |
| 38. New York Life Insurance Company - Whole Life | | None | K | T | | | | | |
| 39. AT & T Inc. | | None | J | T | Buy | 12/22/11 | J | | |
| 40. CBS Corp New | | None | J | T | Buy | 12/22/11 | J | | |
| 41. First Energy Corp | | None | J | T | Buy | 12/22/11 | J | | |
| 42. Intel Corp | | None | J | T | Buy | 12/22/11 | J | | |
| 43. Lincoln Ntl Corp Ind NPV | | None | J | T | Buy | 12/22/11 | J | | |
| 44. Marathon Oil Corp | | None | J | T | Buy | 12/22/11 | J | | |
| 45. Merck and Co Inc. SHS | | None | J | T | Buy | 12/22/11 | J | | |
| 46. Microsoft Corp | | None | J | T | Buy | 12/22/11 | J | | |
| 47. Norfolk Southern Corp. | | None | J | T | Buy | 12/22/11 | J | | |
| 48. RPM International Inc. | | None | J | T | Buy | 12/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/16/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nelva G. Ramos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544